# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of January, two thousand twenty-three.

_____

| | |
|---|---|
| Michael Spencer, His Tabernacle Family Church, Inc., | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 22-3237 |
| v. | |
| Steven A. Nigrelli, Acting Superintendent of the New York State Police, in his official and individual capacities, | |
|     Defendant – Appellant. | |

_____

    Plaintiffs-Appellees request that the Court approve their proposed expedited briefing schedule and hear oral argument in tandem with four other appeals that the Court recently scheduled for argument on March 20, 2023. Defendant-Appellant does not oppose the motion.

    IT IS HEREBY ORDERED that the motion is GRANTED. Appellant's opening brief is due February 7, 2023; Appellees' response brief is due February 28, 2023; and Appellant's reply brief is due March 10, 2023. Oral argument is set for March 20, 2023, with the other four appeals.

                                                                        For the Court:
                                                                      Catherine O'Hagan Wolfe,
                                                                      Clerk of Court