# CA02db Intake

| | |
|---|---|
| **From:** | webmaster@nywd.uscourts.gov |
| **Sent:** | Wednesday, February 8, 2023 11:31 AM |
| **To:** | NYWDdb_CourtMail |
| **Subject:** | Activity in Case 6:22-cv-06486-JLS Spencer et al v. Nigrelli et al E-Filing Notification |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. DISTRICT COURT

## U.S. District Court, Western District of New York

## Notice of Electronic Filing

The following transaction was entered on 2/8/2023 at 11:31 AM EST and filed on 2/8/2023
**Case Name:** Spencer et al v. Nigrelli et al
**Case Number:** [6:22-cv-06486-JLS](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**E-Filing Notification: pursuant to [50] TEXT ORDER granting [47] motion for leave to file amicus brief, Clerk's Office has changed the party role type for Everytown for Gun Safety from defendant to amicus. Copy of this notice is also sent to the Court of Appeals. (LB)**

**6:22-cv-06486-JLS Notice has been electronically mailed to:**

William J. Troy, III    wtroy@tompkins-co.org, emurphy@tompkins-co.org

Anjan Kumar Ganguly     anjan@gangulylaw.com

William James Taylor, Jr    wtaylor@everytown.org, dni@everytown.org

David J. Hacker     dhacker@firstliberty.org, file@firstliberty.org

Jeffrey D. Walker     jwalker@chemungcountyny.gov

Daniel Ryan Maguire     daniel.maguire@ag.ny.gov, Amy.Newton@ag.ny.gov, jennifer.malvaso@ag.ny.gov

Keisha T. Russell    krussell@firstliberty.org, file@firstliberty.org

Mohammad Hyder Hussain      hhussain@chemungcountyny.gov

Ryan N. Gardner      rgardner@firstliberty.org

Jordan E. Pratt      jpratt@firstliberty.org

Jeremiah G. Dys      jdys@firstliberty.org

Trevor W. Ezell      trevor.ezell@clementmurphy.com

Nicholas M. Gallagher      nicholas.gallagher@clementmurphy.com

**6:22-cv-06486-JLS Notice has been delivered by other means to:**

Erin E. Murphy
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314

APPEAL,MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Rochester)
### CIVIL DOCKET FOR CASE #: 6:22–cv–06486–JLS
*Internal Use Only*

| | |
|---|---|
| Spencer et al v. Nigrelli et al | Date Filed: 11/03/2022 |
| Assigned to: Hon. John L. Sinatra, Jr. | Jury Demand: Plaintiff |
| Cause: 28:1331 Federal Question: Other Civil Rights | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Micheal Spencer**            represented by    **Anjan Kumar Ganguly**
Ganguly Brothers, PLLC
140 Allens Creek Road
Suite 220
Rochester, NY 14618
585–232–7747
Fax: 585–219–8319
Email: anjan@gangulylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Hacker**
First Liberty Institute
2001 W. Plano Pkwy
Suite 1600
Plano, TX 75075
972–941–4444
Email: dhacker@firstliberty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E. Murphy**
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
202–742–8900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremiah G. Dys**
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075
469–440–7585
Fax: 972–941–4457
Email: jdys@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan E. Pratt**
First Liberty Institute
1331 Pennsylvania Ave. NW
Suite 1410
Washington, DC 20004
972–941–4444
Email: jpratt@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*

    *ATTORNEY TO BE NOTICED*

**Keisha T. Russell**
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075
972 941–4444
Fax: 972 941–4457
Email: krussell@firstliberty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas M. Gallagher**
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
202–742–8900
Email: nicholas.gallagher@clementmurphy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan N. Gardner**
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075
972–941–4410
Email: rgardner@firstliberty.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trevor W. Ezell**
Clement & Murphy, PLLC
706 Duke Street
Alexandria, VA 22314
202–742–8900
Email: trevor.ezell@clementmurphy.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**His Tabernacle Family Church, Inc.**    represented by    **Anjan Kumar Ganguly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David J. Hacker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erin E. Murphy**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeremiah G. Dys**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan E. Pratt**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keisha T. Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicholas M. Gallagher**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan N. Gardner**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Trevor W. Ezell**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Steven A. Nigrelli**
*Acting Superintendent of the New York State Police, in his official and individual capacities*

represented by **Daniel Ryan Maguire**
New York State Attorney General's Office
Main Place Tower
350 Main Street
Suite 300a
Buffalo, NY 14202
716–853–8419
Email: daniel.maguire@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Weeden A. Wetmore**
*District Attorney for the County of Chemung, New York, in his official and individual capacities*

represented by **Jeffrey D. Walker**
Chemung County Law Department
167 Lake Street
Elmira, NY 14902
607–873–1535
Fax: 607–737–0351
Email: jwalker@chemungcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mohammad Hyder Hussain**
Chemung County Attorney's Office
New York
167 Lake St
Elmira, NY 14902
716–830–3447

Email: hhussain@chemungcountyny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Van Houten**
*District Attorney for the County of Tompkins, New York, in his official and individual capacities*

represented by **William J. Troy , III**
Tompkins County Attorney
125 East Court Street
Ithaca, NY 14850
607–274–5546
Fax: 607–274–5547
Email: wtroy@tompkins–co.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Everytown for Gun Safety**

represented by **William James Taylor , Jr.**
Everytown Law
450 Lexington Ave., #4184
New York, NY 10017
646–324–8215
Email: wtaylor@everytown.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2022 | 1 | COMPLAINT against All Defendants $ 402 receipt number ANYWDC–4716010, filed by His Tabernacle Family Church, Inc., Michael Spencer. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet attachment 1)(Ganguly, Anjan) (Entered: 11/03/2022) |
| 11/03/2022 | 2 | Original Summons Filed. (Ganguly, Anjan) (Entered: 11/03/2022) |
| 11/03/2022 | 3 | Original Summons Filed. (Ganguly, Anjan) (Entered: 11/03/2022) |
| 11/03/2022 | 4 | Original Summons Filed. (Ganguly, Anjan) (Entered: 11/03/2022) |
| 11/03/2022 | 5 | Letter filed by His Tabernacle Family Church, Inc., Michael Spencer as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *to Clerk re Related Cases*. (Ganguly, Anjan) (Entered: 11/03/2022) |
| 11/04/2022 | | Case Assigned to Hon. John L. Sinatra, Jr. Notification to Chambers of on–line civil case opening. (TMK) (Entered: 11/04/2022) |
| 11/04/2022 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative–dispute–resolution.(TMK) (Entered: 11/04/2022) |
| 11/04/2022 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO–85) is available for download at http://www.uscourts.gov/services–forms/forms. (TMK) (Entered: 11/04/2022) |
| 11/04/2022 | 6 | Summons Issued as to Steven A. Nigrelli, Matthew Van Houten, Weeden A. Wetmore. (TMK) (Entered: 11/04/2022) |
| 11/04/2022 | 7 | NOTICE: All parties are expected to comply with Judge Sinatra's individual requirements set forth in the "Judges' Info" section of the Court's website. Business organization parties should pay particular attention to the tab relating to such parties. (KLH) (Entered: 11/04/2022) |
| 11/04/2022 | 8 | NOTICE of Appearance by Keisha T. Russell on behalf of All Plaintiffs (Russell, Keisha) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| 11/04/2022 | 9 | MOTION to appear pro hac vice *o/b/o Ryan Gardner* ( Filing fee $ 200 receipt number ANYWDC–4717447.) by His Tabernacle Family Church, Inc., Michael Spencer.(Ganguly, Anjan) (Entered: 11/04/2022) |
| 11/04/2022 | 10 | MOTION to appear pro hac vice *o/b/o Jordan Pratt* ( Filing fee $ 200 receipt number ANYWDC–4717460.) by His Tabernacle Family Church, Inc., Michael Spencer.(Ganguly, Anjan) (Entered: 11/04/2022) |
| 11/04/2022 | 11 | NOTICE of Appearance by David J. Hacker on behalf of All Plaintiffs (Hacker, David) (Entered: 11/04/2022) |
| 11/04/2022 | 12 | MOTION to appear pro hac vice *o/b/o Jeremiah Dys* ( Filing fee $ 200 receipt number ANYWDC–4717466.) by His Tabernacle Family Church, Inc., Michael Spencer.(Ganguly, Anjan) (Entered: 11/04/2022) |
| 11/08/2022 | 13 | MOTION for Preliminary Injunction by His Tabernacle Family Church, Inc., Michael Spencer. (Attachments: # 1 Declaration of Michael Spencer, # 2 Declaration Charlene Pruitt, # 3 Memorandum in Support, # 4 Text of Proposed Order)(Ganguly, Anjan) (Entered: 11/08/2022) |
| 11/08/2022 | 14 | TEXT ORDER granting 9 Motion to appear *pro hac vice* (attorney Ryan Gardner); granting 10 Motion to appear *pro hac vice* (attorney Jordan Pratt); granting 12 Motion to appear *pro hac vice* (attorney Jeremiah Dys). Issued by Hon. John L. Sinatra, Jr. on 11/8/2022. (KLH)<br><br>Clerk to Follow up (Entered: 11/08/2022) |
| 11/08/2022 | 15 | TEXT ORDER re 13 Motion for Preliminary Injunction. Plaintiffs are ordered to serve their motion papers and this Text Order upon Defendants by November 9, 2022. Plaintiffs are to file proof of service by November 10, 2022. Defendants' opposition papers on the Preliminary Injunction motion are due November 23, 2022. Reply papers, if any, are due by November 30, 2022. The parties shall appear for a status conference on November 28, 2022 at 2:30 p.m. regarding the preliminary injunction hearing. Parties may appear in person or by telephone for the status conference. The parties shall appear for argument/hearing on the Preliminary Injunction motion on December 2, 2022 at 9:30 a.m. in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/8/22 (MEM) (Entered: 11/08/2022) |
| 11/08/2022 | | Set/Reset Hearings: Status Conference set for 11/28/2022 at 2:30 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. Preliminary Injunction Hearing set for 12/2/2022 at 9:30 AM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. (KLH) (Entered: 11/08/2022) |
| 11/09/2022 | 16 | Letter filed by His Tabernacle Family Church, Inc., Michael Spencer as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *requesting extension of time to serve motion*. (Ganguly, Anjan) (Entered: 11/09/2022) |
| 11/09/2022 | 17 | TEXT ORDER re 16 Letter. Plaintiffs' request for an extension of time is granted. Plaintiffs shall serve their motion papers, this Text Order, and the Text Order at Dkt. 15 upon Defendants and file proof of service by November 14, 2022. The Parties shall appear for a status conference to discuss the schedule on November 15, 2022, at 9:30 AM. Parties may appear in person or by telephone for the status conference. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/9/2022. (KLH) (Entered: 11/09/2022) |
| 11/10/2022 | 18 | NOTICE of Appearance by Ryan N. Gardner on behalf of All Plaintiffs (Gardner, Ryan) (Entered: 11/10/2022) |
| 11/10/2022 | 19 | NOTICE of Appearance by Jordan E. Pratt on behalf of All Plaintiffs (Pratt, Jordan) (Entered: 11/10/2022) |
| 11/10/2022 | 20 | NOTICE of Appearance by Jeremiah G. Dys on behalf of All Plaintiffs (Dys, Jeremiah) (Entered: 11/10/2022) |
| 11/10/2022 | 21 | MOTION to appear pro hac vice *o/b/o Trevor W. Ezell* ( Filing fee $ 200 receipt number ANYWDC–4722163.) by His Tabernacle Family Church, Inc., Michael |

| | | |
|---|---|---|
| | | Spencer.(Ganguly, Anjan) (Entered: 11/10/2022) |
| 11/10/2022 | 22 | MOTION to appear pro hac vice *o/b/o Erin E. Murphy* ( Filing fee $ 200 receipt number ANYWDC–4722186.) by His Tabernacle Family Church, Inc., Michael Spencer.(Ganguly, Anjan) (Entered: 11/10/2022) |
| 11/10/2022 | 23 | MOTION to appear pro hac vice *o/b/o Nicholas M. Gallagher* ( Filing fee $ 200 receipt number ANYWDC–4722188.) by His Tabernacle Family Church, Inc., Michael Spencer.(Ganguly, Anjan) (Entered: 11/10/2022) |
| 11/14/2022 | 24 | AFFIDAVIT of Service for Affidavit of Service served on Steven A. Nigrelli on 11/10/22, filed by His Tabernacle Family Church, Inc., Michael Spencer. (Ganguly, Anjan) (Entered: 11/14/2022) |
| 11/14/2022 | 25 | TEXT ORDER granting 21 Motion to Appear Pro Hac Vice; granting 22 Motion to Appear Pro Hac Vice; granting 23 Motion to Appear Pro Hac Vice. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/14/22. (MEM) (Entered: 11/14/2022) |
| 11/14/2022 | 26 | Letter filed by His Tabernacle Family Church, Inc., Michael Spencer as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten . (Attachments: # 1 Exhibit Email confirmation of service of process)(Ganguly, Anjan) (Entered: 11/14/2022) |
| 11/14/2022 | 27 | AFFIDAVIT of Service for Summons, Complaint, Motion, Text Order served on Weeden Wetmore on 11/10/22, filed by His Tabernacle Family Church, Inc., Michael Spencer. (Ganguly, Anjan) (Entered: 11/14/2022) |
| 11/14/2022 | 28 | AFFIDAVIT of Service for Summons, Complaint, Motion, Text Order served on Matthew Van Houten on 11/10/22, filed by His Tabernacle Family Church, Inc., Michael Spencer. (Ganguly, Anjan) (Entered: 11/14/2022) |
| 11/15/2022 | 29 | NOTICE of Appearance by Daniel Ryan Maguire on behalf of Steven A. Nigrelli (Maguire, Daniel) (Entered: 11/15/2022) |
| 11/15/2022 | 30 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 11/15/2022 re the plaintiffs' 13 motion for preliminary injunction. Court advises the parties that the briefing schedule may need to be adjusted after there is an appearance by the Chemung County defendant. State Defendant requests the Court hold off on the briefing schedule until the Second Circuit determines the pending appeal in the Hardaway case (NYWD Case 22–cv–771). Plaintiffs disagree and ask the Court to move forward with the briefing schedule. Court agrees that the 1st Amendment claim in this case differentiates it from other cases and advises the parties that it will proceed with the briefing schedule, but extends the deadlines. Defendants' opposition to Plaintiffs' motion for preliminary injunction now due on 12/7/2022. Plaintiffs' reply due 12/16/2022. The parties shall appear for a status conference on 12/19/2022 at 2:30 PM. Telephonic appearances will be permitted for the status conference. The preliminary injunction hearing/argument is set for 12/22/2022 at 9:30 AM in the Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY. Appearances (partially by teleconference). For plaintiffs: Erin Murphy, Nicholas Gallagher, Jordan Pratt, Ryan Gardner, Jeremiah Dys, and Anjan Ganguly. For defendant Nigrelli: Daniel McGuire. For defendant Van Houten: William J. Troy, III. (Court Reporter Bonnie Weber) (KLH) (Entered: 11/15/2022) |
| 11/17/2022 | 31 | NOTICE of Appearance by Mohammad Hyder Hussain on behalf of Weeden A. Wetmore (Hussain, Mohammad) (Entered: 11/17/2022) |
| 11/22/2022 | 32 | NOTICE of Appearance by Jeffrey D. Walker on behalf of Weeden A. Wetmore (Walker, Jeffrey) (Entered: 11/22/2022) |
| 11/22/2022 | 33 | NOTICE of Appearance by William J. Troy, III on behalf of Matthew Van Houten (Troy, William) (Entered: 11/22/2022) |
| 11/28/2022 | 34 | Letter filed by Steven A. Nigrelli as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *Regarding Extension of Time to Answer*. (Maguire, Daniel) (Entered: 11/28/2022) |

| | | |
|---|---|---|
| 11/29/2022 | 35 | TEXT ORDER re 34 Letter filed by Steven A. Nigrelli. The request set forth in Defendant Nigrelli's 34 Letter is granted. The time for Defendant Nigrelli to answer or otherwise respond to the Complaint is extended to 14 days after the Court issues a decision on Plaintiffs' 13 motion for a preliminary injunction. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/29/22. (MEM) (Entered: 11/29/2022) |
| 11/29/2022 | 36 | Letter filed by Weeden A. Wetmore as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten . (Walker, Jeffrey) (Entered: 11/29/2022) |
| 11/30/2022 | 37 | TEXT ORDER re 36 Letter filed by Weeden A. Wetmore. The request set forth in Defendant Wetmore's 36 Letter is granted. The time for Defendants Wetmore and Van Houten to answer or otherwise respond to the Complaint is extended to 14 days after the Court issues a decision on Plaintiffs' 13 motion for a preliminary injunction. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 11/30/22. (MEM) (Entered: 11/30/2022) |
| 11/30/2022 | 38 | Letter filed by Steven A. Nigrelli as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *Requesting Extension of Page Limits*. (Maguire, Daniel) (Entered: 11/30/2022) |
| 12/01/2022 | 39 | TEXT ORDER re 38 Letter filed by Steven A. Nigrelli. The request set forth in Defendant Nigrelli's 38 Letter is granted. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/1/22. (MEM) (Entered: 12/01/2022) |
| 12/06/2022 | 40 | AFFIRMATION filed by Matthew Van Houten filed by Matthew Van Houten. (Attachments: # 1 Affidavit)(Troy, William) (Entered: 12/06/2022) |
| 12/07/2022 | 41 | AFFIDAVIT in Opposition re 13 MOTION for Preliminary Injunction filed by Weeden A. Wetmore. (Attachments: # 1 Attorney Affirmation, # 2 Memorandum in Support Memo opposing preliminary injunction) (Walker, Jeffrey) (Entered: 12/07/2022) |
| 12/07/2022 | 42 | Letter filed by Weeden A. Wetmore as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten . (Walker, Jeffrey) (Entered: 12/07/2022) |
| 12/07/2022 | 43 | MEMORANDUM in Opposition re 13 MOTION for Preliminary Injunction filed by Steven A. Nigrelli. (Attachments: # 1 Declaration of Patrick J. Charles (with exhibits), # 2 Declaration of Daniel R. Maguire, # 3 Exhibit A to Declaration of Daniel R. Maguire, # 4 Exhibit B to Declaration of Daniel R. Maguire, # 5 Exhibit C to Declaration of Daniel R. Maguire, # 6 Exhibit D to Declaration of Daniel R. Maguire, # 7 Exhibit E to Declaration of Daniel R. Maguire)(Maguire, Daniel) (Entered: 12/07/2022) |
| 12/08/2022 | 44 | Letter filed by Matthew Van Houten as to Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten . (Troy, William) (Entered: 12/08/2022) |
| 12/08/2022 | 45 | TEXT ORDER. The request set forth in the 42 Letter filed by Weeden A. Wetmore is granted. SO ORDERED. Issued by Hon. John. L. Sinatra, Jr. (MEM). (Entered: 12/08/2022) |
| 12/09/2022 | 46 | TEXT ORDER. The request set forth in the 44 Letter filed by Matthew Van Houten is granted. SO ORDERED. Issued by Hon. John. L. Sinatra, Jr. (MEM). (Entered: 12/09/2022) |
| 12/09/2022 | 47 | MOTION for Leave to File *Amicus Brief* by Everytown for Gun Safety.(Taylor, William) (Entered: 12/09/2022) |
| 12/09/2022 | 48 | MEMORANDUM IN SUPPORT re 47 MOTION for Leave to File *Amicus Brief* byEverytown for Gun Safety. (Taylor, William) (Entered: 12/09/2022) |
| 12/09/2022 | 49 | DECLARATION signed by William J. Taylor, Jr. re 47 MOTION for Leave to File *Amicus Brief* filed by Everytown for Gun Safety . (Attachments: # 1 Exhibit A –– Proposed Amicus Brief)(Taylor, William) (Entered: 12/09/2022) |
| 12/12/2022 | 50 | TEXT ORDER granting 47 motion for leave to file amicus brief. Everytown for Gun Safety may file its proposed brief (Dkt. 49–1) by December 13, 2022, but may not present evidence or participate in oral arguments or any hearing. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 12/12/2022) |

| | | |
|---|---|---|
| 12/12/2022 | 51 | MEMORANDUM/BRIEF of Amicus Curiae by Everytown for Gun Safety. (Taylor, William) (Entered: 12/12/2022) |
| 12/16/2022 | 52 | REPLY/RESPONSE to re 13 MOTION for Preliminary Injunction filed by His Tabernacle Family Church, Inc., Michael Spencer. (Gardner, Ryan) (Entered: 12/16/2022) |
| 12/19/2022 | 53 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Status Conference held on 12/19/2022. Court denies the State's request for a stay. Preliminary Injunction Hearing remains scheduled for 12/22/2022 at 9:30 AM. The State intends to cross−examine Pastor Spencer. Parties do not anticipate calling any other witnesses. Counsel for county defendants may appear by teleconference.<br><br>Appearances (partially by teleconference). For plaintiffs: Erin Murphy, Nicholas Gallagher, Jordan Pratt, Ryan Gardner, Trevor Ezell, and Anjan Ganguly. For defendant Nigrelli: Daniel McGuire. For defendant Wetmore: Jeffrey Walker. For defendant Van Houten: William J. Troy, III. (Court Reporter Bonnie Weber) (KLH) (Entered: 12/19/2022) |
| 12/22/2022 | 54 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Preliminary Injunction Hearing held on 12/22/2022. Written decision to follow.<br><br>Appearances. For plaintiffs: Erin Murphy, Trevor Ezell, Anjan Ganguly, Nicholas Gallagher (by teleconference), Jordan Pratt (by teleconference). For defendant Nigrelli: Daniel McGuire. For defendant Wetmore: Jeffrey Walker (by teleconference). For defendant Van Houten: William J. Troy, III (by teleconference). (Court Reporter Bonnie Weber) (KLH) (Entered: 12/22/2022) |
| 12/27/2022 | 55 | Letter filed by Steven A. Nigrelli as to Everytown for Gun Safety, Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *Regarding Stay Language*. (Maguire, Daniel) (Entered: 12/27/2022) |
| 12/29/2022 | 56 | DECISION AND ORDER granting 13 Motion for Preliminary Injunction. Signed by Hon. John L. Sinatra, Jr. on 12/29/2022.<br><br>Please note: This docket entry does not contain every detail of this Decision and Order. It is your responsibility to read and download the pdf of this document for reference. (KLH) (Entered: 12/29/2022) |
| 12/30/2022 | 57 | NOTICE OF INTERLOCUTORY APPEAL as to 56 Order on Motion for Preliminary Injunction, by Steven A. Nigrelli. Filing fee $505, receipt number ANYWDC−4757957. (Maguire, Daniel) Modified on 1/3/2023 (JHF). (Entered: 12/30/2022) |
| 12/30/2022 | 58 | DESIGNATION of Record on Appeal by Steven A. Nigrelli re 57 Notice of Appeal CLERK TO FOLLOW UP (Maguire, Daniel) (Entered: 12/30/2022) |
| 01/03/2023 | 59 | Letter filed by Weeden A. Wetmore as to Everytown for Gun Safety, Steven A. Nigrelli, Weeden A. Wetmore, Matthew Van Houten *requesting further time to respond to pleadings*. (Walker, Jeffrey) (Entered: 01/03/2023) |
| 01/03/2023 | | E−Filing Notification: Clerk revised docket text of 57 to "NOTICE OF INTERLOCUTORY APPEAL" to clarify the filing event. (JHF) (Entered: 01/03/2023) |
| 01/03/2023 | 60 | CLERK'S CERTIFICATE/INDEX filed and electronically sent to Court of Appeals. (JHF) (Entered: 01/03/2023) |
| 01/04/2023 | 61 | TEXT ORDER re 59 letter. The time for all Defendants in this case to answer or otherwise respond to the Complaint is extended to 14 days after the Second Circuit issues a ruling as to the place of worship provision. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM). (Entered: 01/04/2023) |
| 01/12/2023 | 62 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on December 22, 2022, before District Judge, the Honorable John L. Sinatra, Jr. Court Reporter/Transcriber Bonnie S. Weber, Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date, it may be obtained through PACER. Redaction Request due 2/2/2023. Redacted Transcript Deadline set for 2/13/2023. Release of Transcript Restriction set for 4/12/2023. (BSW) (Entered: 01/12/2023) |
| 01/17/2023 | | E–Filing Notification: Clerk corrected the spelling of plaintiff Spencer's first name from "Michael" to Micheal" on the docket per plaintiff's attorney telephone call and to match the spelling in 1 Complaint. (JHF) (Entered: 01/17/2023) |
| 01/20/2023 | 63 | MOTION to Amend/Correct 56 Order on Motion for Preliminary Injunction, *For Correction of Plaintiff's Name Spelling* by His Tabernacle Family Church, Inc., Micheal Spencer.(Dys, Jeremiah) (Entered: 01/20/2023) |
| 01/23/2023 | 64 | TEXT ORDER re: 63 MOTION to Amend/Correct 56 Order on Motion for Preliminary Injunction. Any response from Defendants is due by 1/30/23. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 1/23/23. (MEM) (Entered: 01/23/2023) |
| 01/24/2023 | 65 | ANSWER to 1 Complaint by Matthew Van Houten.(Troy, William) (Entered: 01/24/2023) |
| 01/31/2023 | 66 | TEXT ORDER denying 63 MOTION to Amend/Correct 56 Order on Motion for Preliminary Injunction. The Court denies, without prejudice, Plaintiff's request in light of the pending appeal as to that Decision and Order. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. (MEM) (Entered: 01/31/2023) |
| 02/08/2023 | | E–Filing Notification: pursuant to 50 TEXT ORDER granting 47 motion for leave to file amicus brief, Clerk's Office has changed the party role type for Everytown for Gun Safety from defendant to amicus. Copy of this notice is also sent to the Court of Appeals. (LB) (Entered: 02/08/2023) |