## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Spencer, et al. v. Nigrelli, et al.     Docket No.: 22-3237

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter M. Torstensen, Jr.

Firm: Montana Attorney General's Office

Address: P.O. Box 201401

Telephone: 406-444-2026    Fax: 406-444-3549

E-mail: peter.torstensen@mt.gov

Appearance for: Montana and 18 other States (see attached Addendum)
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: ____ )
(name/firm)

☐ Additional counsel (co-counsel with: ____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ____ OR

☐ I applied for admission on ____ .

Signature of Counsel: /s/ Peter M. Torstensen, Jr.

Type or Print Name: Peter M. Torstensen, Jr.